Opinion by OLIVER, C. J.  In accordance with oral stipulation of counsel that the articles covered by item 3132 ("Gent's Bracelets all brass chrome plated") are articles of jewelry known as identification bracelets, the claim at 55 percent under paragraph 1527 (a) (2), as modified by the General Agreement on Tariffs and Trade (T. D. 51802), was sustained.  Item 723PB ("Polished brass Plaque") and item 723PC ("Chrome plated Brass Plaque"), stipulated to consist of parts of jewelry, valued under 20 cents per dozen pieces, were held dutiable at 22½ percent under the provision in paragraph 397, as modified, *supra*, for metal articles, not specially provided for, as claimed.

**No. 62551.**—Hershey Company *v.* United States, protest 58/3086 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise is not in chief value of galalith and is in chief value of steel, the claim of the plaintiff was sustained.

**No. 62552.**—Manca, Inc. *v.* United States, protest 310612–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of illuminating articles, wholly or in chief value of metal, the claim of the plaintiff was sustained.

**No. 62553.**—Manca, Inc. *v.* United States, protest 268082–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of photographic lenses similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.

**No. 62554.**—Applicator Enterprises, Inc., et al. *v.* United States, protests 330477–K, etc. (New York).